IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: SEIZURE OF $3,210.00 IN U.S. CURRENCY; and <br><br> MISCELLANEOUS ITEMS OF JEWELRY AND ACCESSORIES. | Misc. Case No. 1:17 MC 52 <br><br> JUDGE **JUDGE LIOI** <br><br> STIPULATION TO EXTEND TIME FOR THE UNITED STATES TO FILE A JUDICIAL COMPLAINT IN FORFEITURE |

The parties to the above-referenced matter, the United States of America and Claimant Basheera Perry (hereinafter collectively referred to as the "Parties"), each by undersigned counsel, or by authorized representative, agree as follows:

1. The above-captioned assets, (hereinafter referred to as "the Seized Currency, Jewelry and Accessories"), were seized by the United States Postal Inspection Service ("USPIS") on March 9, 2017, during the execution of a search warrant.

2. The USPIS initiated administrative forfeiture proceedings against the Seized Currency, Jewelry and Accessories. Claimant Basheera Perry filed a claim for the Seized Currency, Jewelry and Accessories on June 1, 2017. The USPIS did not receive any further claims contesting the administrative forfeiture of the Seized Currency, Jewelry and Accessories.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States must file a judicial complaint in forfeiture against a seized asset not later than 90 days after a valid administrative claim for the seized asset is filed. However, 18 U.S.C. § 983(a)(3)(A) also provides that a court may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

4. Pursuant to 18 U.S.C. § 983(a)(3)(A), and absent an extension of time, the deadline for the United States to file a judicial complaint in forfeiture with respect to the Seized Currency, Jewelry and Accessories is August 30, 2017.

5. Basheera Perry is represented by Jaye M. Schlachet, Esq., 55 Public Square, Suite 1600, Cleveland, Ohio 44113-1971. The Parties need additional time to discuss a possible resolution of the matter. Accordingly, the Parties wish to extend the time for the United States to file a judicial complaint in forfeiture against the Seized Currency, Jewelry and Accessories by 90 days, from August 30, 2017, to November 28, 2017.

STIPULATION TO EXTEND TIME FOR THE UNITED STATES TO FILE A JUDICIAL COMPLAINT IN FORFEITURE (Cont.)

6.   The persons signing this Stipulation to Extend Time warrant and represent that they possess full authority to bind the persons or entities on whose behalf they are signing and that they are unaware of any other potential claimants to the Seized Currency, Jewelry and Accessories.

7.   With respect to the Seized Currency, Jewelry, and Accessories, the Parties agree to an extension of the period for filing a judicial complaint in forfeiture to **November 28, 2017.**

| | |
|---|---|
| /s/Jaye M. Schlachet (by phone consent) | Executed this 24th day of August, 2017. |
| Jaye M. Schlachet, Esq., | |
| 55 Public Square | |
| Suite 1600 | |
| Cleveland, Ohio  44113-1971 | |

Attorney for Claimant Basheera Perry

| | |
|---|---|
| /s/Phillip J. Tripi | Executed this 24th day of August, 2017. |
| Phillip J. Tripi | |
| Reg. No. 0017767 | |
| United States Court House | |
| 801 West Superior Avenue, Suite 400 | |
| Cleveland, OH  44113 | |
| Phone: (216) 622-3769 | |
| Fax:    (216)522-7499 | |
| Phillip.Tripi@usdoj.gov | |

Attorney for the United States

IT IS SO ORDERED:

_____       _____

United States District Court Judge                                          Date